**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6447**

---

STANLEY GORDON GOODE, JR.,

                                    Plaintiff - Appellant,

        versus

RONALD JONES, Superintendent, Piedmont Correc-
tional Institute; MICHAEL F. EASLEY, Attorney
General of the State of North Carolina,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Graham C. Mullen, District
Judge. (CA-96-412-3-MU)

---

Submitted: May 14, 1998              Decided: June 3, 1998

---

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Stanley Gordon Goode, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Goode v. Jones</u>, No. CA-96-412-3-MU (W.D.N.C. Mar. 5, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>